## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| HENRY DANIEL ALWARD | : | BK. No. 15-10943 TPA |
| Debtor | : | |
| | : | Chapter No. 13 |
| SANTANDER BANK, N.A. | : | |
| Movant | : | Document No. |
| v. | : | |
| HENRY DANIEL ALWARD | : | Hearing Date: March 1, 2017 |
| and | : | |
| RONDA J. WINNECOUR (TRUSTEE) | : | Hearing Time: 10:00 AM |
| Respondents | : | |
| | : | Objection Date: February 16, 2017 |

## CERTIFICATE OF SERVICE OF
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on January 27, 2017.

The types of service made on the parties were: Electronic Notification and First Class Mail.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| RONDA J. WINNECOUR (TRUSTEE)<br>600 GRANT STREET<br>SUITE 3250, USX TOWER<br>PITTSBURGH, PA 15219<br>cmecf@chapter13trusteewdpa.com | HENRY DANIEL ALWARD<br>735 WILSON AVENUE<br>FRANKLIN, PA 16323 |

DANIEL P. FOSTER, ESQUIRE
P.O. BOX 966
MEADVILLE, PA 16335
dan@mrdebtbuster.com

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE,
SUITE 970
PITTSBURGH, PA 15222
ustpregions03.pi.ecf@usdoj.gov

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ James A. Prostko, Esquire
James A. Prostko, Esq., Id. No.27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31501
Fax Number: 215-568-7616
Email: james.prostko@phelanhallinan.com

January 27, 2017