**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| **HENRY DANIEL ALWARD** | BK. No. 15-10943 TPA |
|     Debtor | |
| | Chapter No. 13 |
| **SANTANDER BANK, N.A.** | |
|     Movant | Related to Document No. 45 |
| v. | |
| **HENRY DANIEL ALWARD** | Hearing Date: March 1, 2017 |
|     and | |
| **RONDA J. WINNECOUR (TRUSTEE)** | Hearing Time: 10:00 AM |
|     Respondents | |
| | Objection Date: February 15, 2017 |

**CERTIFICATE OF NO OBJECTION REGARDING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY RELATED TO DOCUMENT NO. 45**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on January 27, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Automatic Stay were to be filed and served no later than February 16, 2017.

It is hereby respectfully requested that the Order attached to the Motion for Relief from the Automatic Stay be entered by the Court.

| | |
|---|---|
| Dated: February 20, 2017 | /s/ James A. Prostko, Esquire |
| | James A. Prostko, Esq., Id. No.27221 |
| | Phelan Hallinan Diamond & Jones, LLP |
| | Omni William Penn Office Tower |
| | 555 Grant Street, Suite 300 |
| | Pittsburgh, PA 15219 |
| | Phone Number: 215-563-7000 Ext 31501 |
| | Fax Number: 215-568-7616 |
| | Email: james.prostko@phelanhallinan.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **HENRY DANIEL ALWARD** | : | BK. No. 15-10943 TPA |
| Debtor | : | |
| | : | Chapter No. 13 |
| **SANTANDER BANK, N.A.** | : | |
| Movant | : | Related to Document No. 45 |
| v. | : | |
| **HENRY DANIEL ALWARD** | : | Hearing Date: March 1, 2017 |
| and | : | |
| **RONDA J. WINNECOUR (TRUSTEE)** | : | Hearing Time: 10:00 AM |
| Respondents | : | |
| | : | Objection Date: February 15, 2017 |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading, Certification of No Objection, on the parties at the addresses shown below on February 20, 2017.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail</u>.

Service by Electronic Notification
RONDA J. WINNECOUR (TRUSTEE)
600 GRANT STREET
SUITE 3250, USX TOWER
PITTSBURGH, PA 15219
cmecf@chapter13trusteewdpa.com

DANIEL P. FOSTER, ESQUIRE
P.O. BOX 966
MEADVILLE, PA 16335
dan@mrdebtbuster.com

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
ustpregions03.pi.ecf@usdoj.gov

Service by First Class Mail
HENRY DANIEL ALWARD
735 WILSON AVENUE
FRANKLIN, PA 16323-2750

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading: "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Method of Service: electronic means or first class mail

<u>/s/ James A. Prostko, Esquire</u>
James A. Prostko, Esq., Id. No.27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31501
Fax Number: 215-568-7616
Email: james.prostko@phelanhallinan.com