**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

07/16/2020

IN RE:

HENRY DANIEL ALWARD
735 WILSON AVENUE
FRANKLIN, PA 16323
XXX-XX-1826          Debtor(s)

Case No. 15-10943 TPA

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/16/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 1    INT %: 0.00% <br> Court Claim Number: 10 <br> CLAIM: 58.20 <br> COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1826 |
| **MIDLAND FUNDING LLC** <br> C/O MIDLAND CREDIT MANAGEMENT INC - AGENT <br> PO BOX 2011 <br> WARREN, MI 48090 | Trustee Claim Number: 2    INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 1,744.72 <br> COMMENT: LEVIN FRNTRE~EXPRSS~OLD NAVY~AMAZON~LOWES/SCH*SYNCHRONY BNK | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...2771 |
| **SANTANDER BANK NA** <br> ATTN BANKRUPTCY DEPT <br> MC: 10-6438-FB-4 <br> 601 PENN ST <br> READING, PA 19601 | Trustee Claim Number: 3    INT %: 0.00% <br> Court Claim Number: 6 <br> CLAIM: 0.00 <br> COMMENT: RS/OE*SURR/PL*53839.54/CL | | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 2878 |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC** <br> 635 WOODWARD AVE <br> DETROIT, MI 48226 | Trustee Claim Number: 4    INT %: 0.00% <br> Court Claim Number: 2 <br> CLAIM: 0.00 <br> COMMENT: PMT/DCL*DKT4PMT-LMT*BGN 10/15 | | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 0875 |
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA 15212 | Trustee Claim Number: 5    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: /PRAE | | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **PA STATE EMPLOYEES CU/PSECU** <br> POB 67013 <br> HARRISBURG, PA 17106-7013 | Trustee Claim Number: 6    INT %: 3.25% <br> Court Claim Number: 7 <br> CLAIM: 20,929.86 <br> COMMENT: $/PL-CL@3.25%@MDF/PL*LOAN 17 | | CRED DESC: VEHICLE <br> ACCOUNT NO.: 1826 |
| **ECMC(*)** <br> LOCKBOX #8682 <br> PO BOX 16478 <br> ST PAUL, MN 55116-0478 | Trustee Claim Number: 7    INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 15,874.72 <br> COMMENT: 0013/SCH*FR PHEAA-DOC 41 | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1826 |
| **AMERICAN EXPRESS BANK FSB** <br> C/O BECKET & LEE LLP <br> PO BOX 3001 <br> MALVERN, PA 19355-0701 | Trustee Claim Number: 8    INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 3,041.75 <br> COMMENT: 4253/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1006 |
| **JPMORGAN CHASE BANK NA** <br> PO BOX 15298 <br> WILMINGTON, DE 19850 | Trustee Claim Number: 9    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9885 |
| **DISCOVER BANK(*)** <br> C/O DISCOVER PRODUCTS INC <br> PO BOX 3025 <br> NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 10    INT %: 0.00% <br> Court Claim Number: 1 <br> CLAIM: 4,191.24 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9897 |

| Creditor | Trustee Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **FIRST POINT SECURITY SYSTEM**<br>1595 SPRING HILL RD STE 110<br>VIENNA, VA  22182 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA  17106-7013 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1826 | CLAIM: 19,453.28<br>COMMENT: LOAN 009*2014 LOAN |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC**<br>635 WOODWARD AVE<br>DETROIT, MI  48226 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 2 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0875 | CLAIM: 974.83<br>COMMENT: C2 GOVS*625/PL*1ST*THRU 9/15 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA  17106-7013 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1826 | CLAIM: 17,717.77<br>COMMENT: NUM NT/SCH~SCH @ CID12?*DK*LOAN 24*2014 LOAN |

CLAIM RECORDS
Case 15-10943-TPA    Doc 60    Filed 07/16/20    Entered 07/16/20 13:39:50    Desc
Page 4 of 4