Certificate Number: 02998-PAW-DE-034734555

Bankruptcy Case Number: 15-10943



02998-PAW-DE-034734555

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 3, 2020, at 4:18 o'clock PM EDT, Henry D Alward completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 3, 2020                By:   /s/Angela  McMillan

                                      Name:  Angela  McMillan

                                      Title:  Counselor