**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 15-10943-TPA |
| | : | |
| **Henry Daniel Alward,** | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | DOCKET NO.: 68 |
| **Quicken Loans Inc.,** | : | |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Henry Daniel Alward,** | : | |
| | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

**DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE**

The Chapter 13 Plan payment amount dated October 5, 2015 is sufficient to fund the Chapter 13 Plan moving forward. Debtor's attorney has reviewed the existing Plan and finds that the existing payment is adequate. The current payment amount is **$627.77** The new post-petition monthly payment payable to **Quicken Loans Inc.** is **$627.69**, effective **December 1, 2020** per the escrow notice filed **October 20, 2020**.

Respectfully submitted,

Date: November 17, 2020

/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158