**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 15-10943-TPA |
| | : | |
| **Henry Daniel Alward,** | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | RELATED TO DOCKET NO.: 68 |
| **Quicken Loans Inc.,** | : | |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Henry Daniel Alward,** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the **Declaration Regarding Mortgage Payment Change** on the parties listed below.

Executed on: November 17, 2020

By: /s/ Kristen N. Dennis
Kristen N. Dennis, Paralegal
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

KML Law Group PC
c/o Brian C. Nicholas
bnicholas@kmllawgroup.com

Henry D Alward
735 Wilson Avenue
Franklin PA 16323