Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Henry Daniel Alward** | Case No. 15−10943−TPA |
| *Debtor(s)* | Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** | |
| *Movant(s),* | |
| v. | Related to Document No. 71 |
| **No Respondents** | |
| *Respondent(s).* | Hearing Date: 2/3/21 at 12:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 25th of November, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 71 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before January 11, 2021**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on ***February 3, 2021 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                         Case No. 15-10943-TPA

Henry Daniel Alward                                                            Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 1 of 3 |
| Date Rcvd: Nov 25, 2020 | Form ID: 300b | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henry Daniel Alward, 735 Wilson Avenue, Franklin, PA 16323-2750 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14172700 | | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14104131 | + | Aes/m&t Elt - Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14104132 | + | American Express, Po Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 14104133 | + | American Express, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14104134 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 14104138 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195 |
| 14104136 | + | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14104139 | + | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 14104141 | + | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14104140 | + | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14335697 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14104147 | + | Eaton Family Credit Un, 333 Babbitt Road Suite 100, Euclid, OH 44123-1636 |
| 14104148 | + | Front Point Security System, 1595 Spring Hill Road, Suite 110, Vienna, VA 22182-2228 |
| 14104149 | | M&t Credit Services Ll, 1100 Worley Drive, Consumer Asset Management 2nd Floor/Attn, Williamsville, NY 14221 |
| 14125147 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14142375 | | SANTANDER BANK, N.A., ATTN: BANKRUPTCY DEPT., MC: 10-6438-FB4, 601 PENN STREET, READING, PA 19601 |
| 14104154 | + | Santander Bank Na, 1130 Berkshire Boulevard, Wyomissing, PA 19610-1242 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Nov 26 2020 03:37:05 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14104143 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 26 2020 03:28:00 | Citizens Bank, 480 Jefferson Blvd, Warwick, RI 02886 |
| 14104142 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 26 2020 03:28:00 | Citizens Bank, Attn: Bankruptcy Dept, 443 Jefferson Blvd Ms Rjw-135, Warwick, RI 02886 |
| 14104145 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 26 2020 03:33:43 | Dell Financial Services, 1 Dell Way, Round Rock, TX 78682 |
| 14104144 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 26 2020 03:33:43 | Dell Financial Services, Dell Financial Services Attn: Bankrupcty, Po Box 81577, Austin, TX 78708 |
| 14108551 | | Email/Text: mrdiscen@discover.com | Nov 26 2020 03:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14104146 | + | Email/Text: mrdiscen@discover.com | Nov 26 2020 03:28:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14178745 | + | Email/Text: kburkley@bernsteinlaw.com | | |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 26 2020 03:45:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14104137 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 26 2020 03:36:56 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14104150 | + | Email/Text: camanagement@mtb.com | Nov 26 2020 03:42:00 | M&t Credit Services Ll, 1 Fountain Plz Fl 4, Buffalo, NY 14203-1420 |
| 14159923 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2020 03:43:00 | Midland Credit Management,Inc, as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14104152 | + | Email/Text: bankruptcynotices@psecu.com | Nov 26 2020 03:44:00 | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14104151 | + | Email/Text: bankruptcynotices@psecu.com | Nov 26 2020 03:44:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14118982 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 26 2020 03:44:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14104153 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 26 2020 03:44:00 | Quickn Loans, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 14109454 | | Email/PDF: rmscedi@recoverycorp.com | Nov 26 2020 03:37:05 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14104156 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:33:28 | Syncb/levin Furniture, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14104157 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:36:52 | Syncb/roomful Express, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14104159 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:33:28 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14104158 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:36:52 | Synchrony Bank/ Old Navy, Attention: GEMB, Po Box 103104, Roswell, GA 30076-9104 |
| 14104160 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:35:10 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14104161 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:36:52 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14104163 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:36:52 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14104162 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:36:52 | Synchrony Bank/Lowes, Attention: Bankruptcy Department, Po Box 103104, Roswell, GA 30076-9104 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Quicken Loans Inc. |
| cr | | Santander Bank, NA |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14104135 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982235, El Paso, TX 79998 |
| 14104155 | *+ | Santander Bank Na, 1130 Berkshire Blvd, Wyomissing, PA 19610-1242 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

Case 15-10943-TPA    Doc 73    Filed 11/27/20    Entered 11/28/20 00:36:48    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-1 | User: jmar | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 25, 2020 | Form ID: 300b | Total Noticed: 43 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 27, 2020        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Quicken Loans Inc. andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Henry Daniel Alward dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James A. Prostko | on behalf of Creditor Santander Bank  NA pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Santander Bank  NA pawb@fedphe.com |
| Joseph P. Schalk | on behalf of Creditor Santander Bank  NA jschalk@barley.com, sromig@barley.com |
| Joshua I. Goldman | on behalf of Creditor Quicken Loans Inc. jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Santander Bank  NA mario.hanyon@brockandscott.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |

TOTAL: 12