**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

HENRY DANIEL ALWARD

Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
         Movant
    vs.
No Respondents.

Case No.:15-10943 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 24, 2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/09/2015 and confirmed on 12/4/15. The case was subsequently  Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 79,670.40 |
| Less Refunds to Debtor | 593.08 | |
| TOTAL AMOUNT OF PLAN FUND | | 79,077.32 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,500.00 | |
| Trustee Fee | 3,589.80 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,089.80 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| SANTANDER BANK NA<br>Acct: 2878 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUICKEN LOANS LLC FKA QUICKEN LOAI<br>Acct: 0875 | 0.00 | 38,776.43 | 0.00 | 38,776.43 |
| QUICKEN LOANS LLC FKA QUICKEN LOAI<br>Acct: 0875 | 974.83 | 974.83 | 0.00 | 974.83 |
| PA STATE EMPLOYEES CU/PSECU<br>Acct: 1826 | 20,816.67 | 20,816.67 | 1,791.82 | 22,608.49 |
| | | | | 62,359.75 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| HENRY DANIEL ALWARD<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| HENRY DANIEL ALWARD<br>Acct: | 593.08 | 593.08 | 0.00 | 0.00 |
| FOSTER LAW OFFICES**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ**<br>Acct: | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY*<br>Acct: 1826 | 58.20 | 9.96 | 0.00 | 9.96 |
| MIDLAND FUNDING LLC<br>Acct: XXX2771 | 1,744.72 | 298.68 | 0.00 | 298.68 |
| ECMC(*)<br>Acct: 1826 | 15,874.72 | 2,717.59 | 0.00 | 2,717.59 |
| AMERICAN EXPRESS BANK FSB<br>Acct: 1006 | 3,041.75 | 520.72 | 0.00 | 520.72 |
| JPMORGAN CHASE BANK NA<br>Acct: 9885 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*) | 4,191.24 | 717.50 | 0.00 | 717.50 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 9897 | | | | |
| FIRST POINT SECURITY SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PA STATE EMPLOYEES CU/PSECU | 19,453.28 | 3,330.21 | 0.00 | 3,330.21 |
| Acct: 1826 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 17,717.77 | 3,033.11 | 0.00 | 3,033.11 |
| Acct: 1826 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 10,627.77 |

TOTAL PAID TO CREDITORS                                                    72,987.52

TOTAL CLAIMED
PRIORITY        0.00
SECURED    21,791.50
UNSECURED  62,081.68

Date: 11/24/2020                                /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    HENRY DANIEL ALWARD

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-10943 TPA

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

    _____
    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-10943-TPA |
| Henry Daniel Alward | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 1 of 3 |
| Date Rcvd: Nov 25, 2020 | Form ID: pdf900 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henry Daniel Alward, 735 Wilson Avenue, Franklin, PA 16323-2750 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14172700 | | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14104131 | + | Aes/m&t Elt - Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14104132 | + | American Express, Po Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 14104133 | + | American Express, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14104134 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 14104138 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195 |
| 14104136 | + | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14104139 | + | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 14104141 | + | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14104140 | + | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14335697 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14104147 | + | Eaton Family Credit Un, 333 Babbitt Road Suite 100, Euclid, OH 44123-1636 |
| 14104148 | + | Front Point Security System, 1595 Spring Hill Road, Suite 110, Vienna, VA 22182-2228 |
| 14104149 | | M&t Credit Services Ll, 1100 Worley Drive, Consumer Asset Management 2nd Floor/Attn, Williamsville, NY 14221 |
| 14125147 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14142375 | | SANTANDER BANK, N.A., ATTN: BANKRUPTCY DEPT., MC: 10-6438-FB4, 601 PENN STREET, READING, PA 19601 |
| 14104154 | + | Santander Bank Na, 1130 Berkshire Boulevard, Wyomissing, PA 19610-1242 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Nov 26 2020 03:35:25 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14104143 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 26 2020 03:28:00 | Citizens Bank, 480 Jefferson Blvd, Warwick, RI 02886 |
| 14104142 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 26 2020 03:28:00 | Citizens Bank, Attn: Bankruptcy Dept, 443 Jefferson Blvd Ms Rjw-135, Warwick, RI 02886 |
| 14104145 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 26 2020 03:35:25 | Dell Financial Services, 1 Dell Way, Round Rock, TX 78682 |
| 14104144 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 26 2020 03:37:07 | Dell Financial Services, Dell Financial Services Attn: Bankrupcty, Po Box 81577, Austin, TX 78708 |
| 14108551 | | Email/Text: mrdiscen@discover.com | Nov 26 2020 03:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14104146 | + | Email/Text: mrdiscen@discover.com | Nov 26 2020 03:28:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14178745 | + | Email/Text: kburkley@bernsteinlaw.com | | |

| Recip ID | | Delivery | Timestamp | Name and Address |
|---|---|---|---|---|
| | | | Nov 26 2020 03:45:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14104137 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 26 2020 03:36:56 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14104150 | + | Email/Text: camanagement@mtb.com | Nov 26 2020 03:42:00 | M&t Credit Services Ll, 1 Fountain Plz Fl 4, Buffalo, NY 14203-1420 |
| 14159923 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2020 03:43:00 | Midland Credit Management,Inc, as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14104152 | + | Email/Text: bankruptcynotices@psecu.com | Nov 26 2020 03:44:00 | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14104151 | + | Email/Text: bankruptcynotices@psecu.com | Nov 26 2020 03:44:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14118982 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 26 2020 03:44:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14104153 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 26 2020 03:44:00 | Quickn Loans, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 14109454 | | Email/PDF: rmscedi@recoverycorp.com | Nov 26 2020 03:37:06 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14104156 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:36:52 | Syncb/levin Furniture, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14104157 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:36:52 | Syncb/roomful Express, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14104159 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:33:28 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14104158 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:36:52 | Synchrony Bank/ Old Navy, Attention: GEMB, Po Box 103104, Roswell, GA 30076-9104 |
| 14104160 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:33:28 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14104161 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:33:28 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14104163 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:33:28 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14104162 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:36:52 | Synchrony Bank/Lowes, Attention: Bankruptcy Department, Po Box 103104, Roswell, GA 30076-9104 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Quicken Loans Inc. |
| cr | | Santander Bank, NA |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14104135 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982235, El Paso, TX 79998 |
| 14104155 | *+ | Santander Bank Na, 1130 Berkshire Blvd, Wyomissing, PA 19610-1242 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

Case 15-10943-TPA   Doc 74   Filed 11/27/20   Entered 11/28/20 00:36:48   Desc Imaged
Certificate of Notice   Page 7 of 7

| District/off: 0315-1 | User: jmar | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 25, 2020 | Form ID: pdf900 | Total Noticed: 43 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2020             Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Quicken Loans Inc. andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Henry Daniel Alward dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James A. Prostko | on behalf of Creditor Santander Bank  NA pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Santander Bank  NA pawb@fedphe.com |
| Joseph P. Schalk | on behalf of Creditor Santander Bank  NA jschalk@barley.com, sromig@barley.com |
| Joshua I. Goldman | on behalf of Creditor Quicken Loans Inc. jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Santander Bank  NA mario.hanyon@brockandscott.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |

TOTAL: 12