**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/20/21 10:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
HENRY DANIEL ALWARD

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.: 15-10943 TPA

Chapter 13

Document No.: 71

## ORDER OF COURT

AND NOW, this __20th__ day of __January__, 20__21__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 15-10943-TPA

Henry Daniel Alward                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                      User: aala                      Page 1 of 3

Date Rcvd: Jan 20, 2021             Form ID: pdf900             Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henry Daniel Alward, 735 Wilson Avenue, Franklin, PA 16323-2750 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14172700 | | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14104131 | + | Aes/m&t Elt - Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14104132 | + | American Express, Po Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 14104133 | + | American Express, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14104134 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 14104138 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195 |
| 14104136 | + | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14104139 | + | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 14104141 | + | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14104140 | + | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14335697 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14104147 | + | Eaton Family Credit Un, 333 Babbitt Road Suite 100, Euclid, OH 44123-1636 |
| 14104148 | + | Front Point Security System, 1595 Spring Hill Road, Suite 110, Vienna, VA 22182-2228 |
| 14104149 | | M&t Credit Services Ll, 1100 Worley Drive, Consumer Asset Management 2nd Floor/Attn, Williamsville, NY 14221 |
| 14125147 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14142375 | | SANTANDER BANK, N.A., ATTN: BANKRUPTCY DEPT., MC: 10-6438-FB4, 601 PENN STREET, READING, PA 19601 |
| 14104154 | + | Santander Bank Na, 1130 Berkshire Boulevard, Wyomissing, PA 19610-1242 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Jan 21 2021 03:32:23 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14104143 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 21 2021 04:46:00 | Citizens Bank, 480 Jefferson Blvd, Warwick, RI 02886 |
| 14104142 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 21 2021 04:46:00 | Citizens Bank, Attn: Bankruptcy Dept, 443 Jefferson Blvd Ms Rjw-135, Warwick, RI 02886 |
| 14104145 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 21 2021 03:20:55 | Dell Financial Services, 1 Dell Way, Round Rock, TX 78682 |
| 14104144 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 21 2021 03:20:54 | Dell Financial Services, Dell Financial Services Attn: Bankrupcty, Po Box 81577, Austin, TX 78708 |
| 14108551 | | Email/Text: mrdiscen@discover.com | Jan 21 2021 04:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14104146 | + | Email/Text: mrdiscen@discover.com | Jan 21 2021 04:46:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14178745 | + | Email/Text: kburkley@bernsteinlaw.com | | |

Case 15-10943-TPA   Doc 80   Filed 01/22/21   Entered 01/23/21 00:46:44   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: aala | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: pdf900 | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 21 2021 04:49:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14104137 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 21 2021 03:32:14 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14104150 | + | Email/Text: camanagement@mtb.com | Jan 21 2021 04:47:00 | M&t Credit Services Ll, 1 Fountain Plz Fl 4, Buffalo, NY 14203-1420 |
| 14159923 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 21 2021 04:48:00 | Midland Credit Management,Inc, as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14104152 | + | Email/Text: bankruptcynotices@psecu.com | Jan 21 2021 04:49:00 | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14104151 | + | Email/Text: bankruptcynotices@psecu.com | Jan 21 2021 04:49:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14118982 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 21 2021 04:49:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14104153 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 21 2021 04:49:00 | Quickn Loans, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 14109454 | | Email/PDF: rmscedi@recoverycorp.com | Jan 21 2021 03:32:23 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14104156 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 21 2021 03:20:44 | Syncb/levin Furniture, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14104157 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 21 2021 03:26:31 | Syncb/roomful Express, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14104159 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 21 2021 03:26:31 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14104158 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 21 2021 03:32:11 | Synchrony Bank/ Old Navy, Attention: GEMB, Po Box 103104, Roswell, GA 30076-9104 |
| 14104160 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 21 2021 03:20:44 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14104161 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 21 2021 03:32:10 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14104163 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 21 2021 03:32:09 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14104162 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 21 2021 03:20:44 | Synchrony Bank/Lowes, Attention: Bankruptcy Department, Po Box 103104, Roswell, GA 30076-9104 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Quicken Loans Inc. |
| cr | | Santander Bank, NA |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14104135 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982235, El Paso, TX 79998 |
| 14104155 | *+ | Santander Bank Na, 1130 Berkshire Blvd, Wyomissing, PA 19610-1242 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

| District/off: 0315-1 | User: aala | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: pdf900 | Total Noticed: 43 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2021                    Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Quicken Loans Inc. andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Henry Daniel Alward dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James A. Prostko | on behalf of Creditor Santander Bank  NA pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Santander Bank  NA pawb@fedphe.com |
| Joseph P. Schalk | on behalf of Creditor Santander Bank  NA jschalk@barley.com, sromig@barley.com |
| Joshua I. Goldman | on behalf of Creditor Quicken Loans Inc. jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Santander Bank  NA mario.hanyon@brockandscott.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |

TOTAL: 12